IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 3:09-CR-249-D |
| | § | |
| MATTHEW NORMAN SIMPSON (6) | § | |

DEFENDANT MATTHEW NORMAN SIMPSON'S MOTION
FOR EVIDENTIARY HEARING REGARDING INDICTMENT ISSUES

---

TO THE HONORABLE JUDGE SIDNEY A. FITZWATER:

COMES NOW the Defendant Matthew Norman Simpson, through his attorneys of record, and moves the Court to hold an evidentiary hearing on legal issues regarding the Original Indictment (Doc. 1) and the Superseding Indictment (Doc. 110) in the above styled and numbered cause.

A pleading was recently filed by co-Defendant William Michael Watts (Doc. 394), and AUSA Candina Heath responded to the motion (Doc. 396). This motion pertains to the subject matter referenced in those documents.

The same Grand Jury, DGJ08-1, returned Doc. 1 and Doc. 110. The foreperson of the Grand Jury was L. Furry.

On August 5, 2008, the first day it was impaneled, the L. Furry Grand Jury returned an indictment in Case Number 3-08-CR-235-B and it was signed on the sixth and last pages by the foreperson. See Attachment 1.

The foreperson's signatures on the first two *Faulkner, et al.* Documents, (Doc. 1 at page 5 and Doc. 110 at page 56 and the final page), do not appear in the least to be the same as the signatures on 3-08-CR-235-B. For example, the "F's" are completely different.[1] See Attachment 2.

Despite the government's representations in Doc. 396 that all of these documents were signed by the same person, it appears that is not the case.

The "signatures" on Docs. 1 and 110 appear to be "G Jury" and that is probably why *pro se* pleadings have been filed in this case (and possibly other cases involving indictments containing a "G Jury" signature different from the foreperson's signature in 3-08-CR-235-B). Those *pro se* pleadings also claim no grand juries ever met. While undersigned counsel have no present evidence to support the *pro se* litigant's claim that the subject "indictments" were never presented to the grand jury, a relevant and substantial issue is nevertheless presented by the disparity in signatures.

---

[1] Undersigned counsel Tom Mills has personally examined the originals of those indictments and those signatures.

The issue of "who signed these indictments?" is relevant and an evidentiary hearing is necessary. Rule 12 (b) (3) (A) and (B), F.R.Crim.P., provide, respectively, that a motion alleging a defect in instituting the prosecution or a motion alleging a defect in the indictment or information must be brought before trial. The following questions must be addressed:

1. If the "real" signature of L. Furry is not on Docs. 1 and 110, who represented themselves to be the foreperson and signed Docs. 1 and 110? Why? Based on whose instructions? How was this authorized?

2. Were any other grand jury procedures irregular?

3. What effect does a substitute person signing federal indictments have on the indictment and on the third indictment (the Second Superseding Indictment)?

4. Is someone other than a foreperson authorized to sign a charging instrument for the foreperson?

5. Was the signature sworn to as being the foreperson's when the indictments were presented to the United States District Judge or Magistrate Judge?

Because a hearing can aid in answering these and other relevcant questions, a hearing is respectfully requested.

Respectfully submitted,

/s/ *Thomas W. Mills, Jr.*

THOMAS W. MILLS, JR.
State Bar No. 14167500
MILLS & WILLIAMS, L.L.P.
Premier Place, Suite 900
5910 N. Central Expressway
Dallas, Texas 75206-5141
tmills@millsandwillilams.com
214-265-9265
214-363-3167 (facsimile)

Shirley Baccus-Lobel
State Bar No. 01488000
8350 Meadow Road, Suite 186
Dallas, Texas 75231
sblpc@aol.com
(214) 220-8460
(214) 987-3169 (facsimile)

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF CONFERENCE

I hereby certify that I conferred with counsel for the government, Candina Heath, who advises that she opposes this Motion.

/s/ *Thomas W. Mills, Jr.*

THOMAS W. MILLS, JR.

CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of June, 2010, I electronically filed the foregoing instrument, using the ECF system of this Court. A copy of this instrument is being provided to all counsel of record via the ECF system of the court.

/s/ *Thomas W. Mills, Jr.*
THOMAS W. MILLS, JR.