AUG 08

FOREPERSON

A TRUE BILL

AUG '08

FOREPERSON

Sept '09

FOREPERSON

Sept '09

A TRUE BILL:

FOREPERSON

JAN 10

FOREPERSON

JAN '10

A TRUE BILL:

FOREPERSON