

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| vs. | ] | NO. 3:09-CR-249-D |
| | ] | |
| MATTHEW NORMAN SIMPSON | | |

RECOMMENDATION ON DEFENDANT'S MOTION FOR RELEASE ON
CONDITIONS OR, ALTERNATIVELY, MOTION FOR RECONSIDERATION OF
THIS COURT'S PREVIOUS ORDER OF DETENTION IN LIGHT OF NEW
INFORMATION

On July 20, 2010, Chief Judge Sidney A. Fitzwater referred to this Court for recommendation defendant's motion for release on conditions, or alternatively motion for reconsideration of this court's previous order of detention in light of new information. After a careful review of such motion, and the government's response, this Court recommends that the motion be denied. This Court finds that there is no new information contained in the motion that would have a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of Mr. Simpson. This Court further finds Mr. Simpson is not entitled to a hearing on this matter because the Defendant has not met the standard as required in 18 U.S.C. § 3142(j)(2). The Court notes that while the Defendant provides explanations furthering his arguments for release on conditions, he does not indicate what, if any, information is newly discovered that was not available at the time of the original hearing.

Therefore, the Defendant did not provide sufficient information to meet the standard set

under 18 U.S.C. § 3142(f)(2) that would justify reopening the detention hearing or the issue of detention. This Court recommends his motion be denied.

Signed this 28th day of July, 2010.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE