

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § Criminal No. 3:09-CR-249-D | |
| VS. § | |
| § | |
| NATHAN TODD SHAFER, § | |
| MATTHEW NORMAN SIMPSON, § | |
| ARYA NEAL BEHGOOY, and § | |
| CASIMIR A. WOJCIECHOWSKI, § | |
| § | |
| Defendants. § | |

## SPECIAL VERDICT

We, the jury in the above-entitled case, return the following special verdict as to the following property:

(1) $25,681.30 in funds contained in Account XXXX8340 in the name of Core IP Networks at Citizens National Bank of Texas, Waxahachie, Texas, seized on or about April 2, 2009.
[sought from Matthew Norman Simpson]

(2) $283,431.74 in funds contained in Account XXXX1898 in the name of Simpson Burwell, Ltd. at Citizens National Bank of Texas, Waxahachie, Texas, seized on or about April 2, 2009.
[sought from Matthew Norman Simpson]

(3) $2,652.96 in funds contained in Account XXXXXX2104 in the name of Spider Development Corporation at JPMorgan Chase Bank, Dallas, Texas, seized on or about March 11, 2009.
[sought from Nathan Todd Shafer]

(4) Three The Perth Mint Precious Metals Certificates (Nos. 022726, 022727, and 022728) and the funds, monies, or things of value they represent, acquired by Matthew Simpson c/o Simpson Burwell Ltd. from Asset Strategies International, Inc., 1700 Rockville Pike, Suite 400, Rockville, Maryland.
[sought from Matthew Norman Simpson]

(5) Proceeds from the sale of real property at 8641 Glenturret Drive, Ovilla, Ellis County, Texas.
[sought from Matthew Norman Simpson]

(6) All equipment, software, or other technology seized on April 2, 2009 from 8641 Glenturret Drive, Ovilla, Ellis County, Texas [sought from Matthew Norman Simpson] consisting of:

1. Seven (7) CDs
2. Two (2) CDs
3. Cisco 48 Port Switch Serial # CN1INK0AAA
4. Three (3) CDs
5. Verizon Pocket PC Serial # HT548E605294
6. Blade Fan Unit Serial # CNMYADYGAA
7. Catalyst 6500 Dist Fwd Card Serial # SAL1112K3QY
8. Catalyst 6500 Dist Fwd Card Serial # SAL1004BLLX
9. One (1) CD-ROM
10. Disks in a briefcase
11. Computer (Generic - No Serial #)
12. Maxtor 160GB Hard Drive Serial # Y44FABZE
13. Maxtor 160GB Hard Drive Serial # Y44BE4TE
14. Black Generic Computer (Generic - No Serial #)
15. Cisco 7206 Router Serial # 72654066
16. Computer Blade with label "ns1"
17. Patch Panel Serial # 186
18. ADC EZT3/ES DS3 Multiplexer Serial # M3M1C00ARB
19. CAC Wide Bank 28/NEBS Serial # 018000200231
20. 64 Port Netblock Serial # 126
21. Maxtor 80GB Hard Drive Serial # L24N9VGG
22. Western Digital 200GB Hard Drive Serial # WMAL81419686
23. Maxtor 80GB Hard Drive Serial # L24N9W2G
24. USB Stick (Keychain)
25. Cicso Catalyst 6500 Cabinet
26. CAC Wide Bank 28/NEBS Router Serial # 018000200196
27. Western Digital 200GB Hard Drive Serial # WCAL81289689
28. Western Digital 80 GB Hard Drive Serial # WCAHL4821776
29. Twelve (12) CDs and One (1) Floppy Disk
30. Cisco 2500 Series Router Serial # 250613019
31. Ten (10) DS3/STS1 Boards
32. Cyber Power UPS Serial # CPL8P2000401
33. APC UPS Surge Protector Serial # 3B0740X35847
34. Power Supply Serial # QCS00352V7
35. ABIT Motherboard Serial # 57ZM176095
36. Brother Fax Machine Serial # L77626793
37. Cicso IP Phone Serial # FCH10168L63
38. Rhino T-1 Terminator Serial # 409260-005-F
39. HP 24 Port Switch Serial # SG83730241
40. Cisco Desk Phone and Cords Serial # 38824110

41. One (1) Floppy; Twenty-Eight (28) Loose CDs/DVDs; Twelve (12) DVDs in Jackets
42. ASUS Power/Connection Cords
43. Circuit Board Serial # 11048442
44. Three (3) Newmar UPS Serial # 0420M403, 0420M345, 0420M300
45. Mystique Computer Serial # RC632SKKN11073400736
46. Maxtor Hard Drive Serial # Y3P78MPE with yellow note
47. Maxtor 160GB Hard Drive Serial # Y45NLLDE
48. Maxtor 120GB Hard Drive Serial # Y3P6E38E
49. Three (3) Smart 8MB Flash Cards
50. Ascend Card/Board Serial # 927602577
51. CSM/3 Daughter Card Serial # 934605886
52. Two (2) Attachment Cords (1 Blue, 1 Yellow/Black)
53. Ethernet Input/Output Controller
54. DS3 Terminator Card Serial # 14080242
55. Four (4) Memory Sticks (2 Patriot, 1 Samsung, 1 Black)
56. Toshiba Disk Drive Serial # 85134682S 6B3ECA610A0BZ002A
57. XILINX T-1 Card
58. Cisco Systems Media Link Serial # 16764905
59. Fiber Optic Network Products Box with Card
60. Artesyn Power Supply Serial # ART0734901N
61. Artesyn Power Supply Serial # 0013023460
62. Artesyn Power Supply Serial # ART0739906Y
63. Cicsco Milan Plus AC/DC Unit Serial # ART05400011
64. Cisco Milan Plus AC/DC Unit Serial # ART05430107
65. Artesyn Power Supply Serial # 9926008984
66. Sony Power Supply Serial # SON05330103
67. Sony Power Supply Serial # SON05330152
68. Linksys 8 Port Gigabit Switch Serial # RMQ00F800084
69. Three (3) Newmar Power Supply Serial # 0420M453, 0420M421, 0420M375
70. Redback Smartedge 800 Serial # 9D034090100248
71. Tasman T3 Terminator Serial # MAC 00505223B000
72. Compaq Blade Labeled "Spare" with 2 Seagate Hard Drives (9VS122EK, 9VS11ZYP)

(7) All equipment, software, or other technology seized on April 2, 2009 from Cage 3 on the 7th floor of 2323 Bryan Street, Dallas, Texas [sought from Matthew Norman Simpson] consisting of:

1. Two (2) 20 amp outlets MS-SL12RD
2. Motherboard Lattice Serial # M5LV-128/120
3. HP Montior Serial# CNC636Q7X3
4. Box of Cables
5. Rack Server ID # GZLKORD12
6. Rack Server ID # GZLKORD08
7. Rack Server ID # GZLDFW01
8. Rack Server ID # GZLDFW08
9. Rack Server ID # HHR-CS,INC01
10. Rack Server ID # bob.inverseops.com (204.13.233.231)
11. Rack Server ID # donkey.inverseops.com (204.13.233.73)
12. Dell Poweredge 2500 Server Serial # 1055811
13. Net Rake Server Serial #NR1F03AAA1007
14. Rack Server ID # GZLKORD14
15. Rack Server ID # GZLKORD16
16. Dell Poweredge 1950 Rack Server ID # beyond Wireless (204.13.233.242)
17. Rack Server ID # GZLKORD09
18. Rack Server ID # aeris.inverseops.com (204.13.233.235)
19. Rack Server ID # coreipapp04.btwtech.com
20. Rack Server (No Serial, No ID)
21. 3Com Switch Serial # 2KSL011652
22. Noran Tel Telephone Switch Serial # S-55395
23. Power Strip
24. Rack Server ID # GZLKORD02(204.13.234.24)
25. Rack Server ID # GZLKORD05 (204.13.233.228)
26. Rack Server ID # NS2
27. SuperMicro Rack Server
28. Rack Server ID #NS1
29. Linksys SR2024 Gigabit Switch Serial # REM20G101060 GGR1806
30. Rack Server ID # proxy1did
31. Catalyst 6500 Serial # CNM3WZ0BR8
32. Dell PowerEdge SC1425 Serial #98PVL81
33. Rack Server ID # proxy1
34. Rack Server ID #cpser
35. Rack Server ID # apache 2*0
36. Rack Server ID # grocery plaza2 cust
37. Rack Server ID # gnaa lease cust
38. Rack Server ID # GZLDFW07
39. Rack Server ID # gnaa3 cust
40. Rack Server ID # gnaa2 lease cust


41. Rack Server ID # grocery plaza cust
42. Cisco Pix 515E labeled PIX A
43. Cisco 24 Port Switch Serial # FOC0938U23L
44. Cisco Pix 515E Firewall Serial # CNM7Y3PBRA
45. Cisco 24 Port Switch Serial # F0C0928U09P
46. Dell Monitor Serial # 05320U
47. MultiTech Modem Serial # 12168913
48. SuperStack Switch 3900 Serial # 2JWE008262
49. Dell PowerEdge 1850 Server Serial # 2L61G81
50. Blade Server ID # COLO101
51. Dell PowerEdge 1950 Server ID # 204.13.233.241
52. EMC2 Server Serial # FLG00041208601
53. Dell PowerEdge 1950 Server ID # 204.13.233.249
54. Rack Server ID # GZLKORD11
55. Rack Server ID # GZLKORD01
56. Rack Server ID # 204.13.233.75
57. Rack Server ID # 67.137.224.123
58. Rack Server ID # 67.137.224.122
59. Rack Server ID # 67.137.224.121
60. Rack Server Serial # 7SZP251
61. Rack Server Serial # 5Z7HK41
62. Rack Server Serial # 86BDM41
63. Rack Server Serial # 5L6181, ID # ASI.ZATTCO.COM
64. Rack Server Serial # C813M0602C50246
65. Rack Server ID # 204.13.233.243
66. Rack Server ID # CLOUD.INVERSEOPS.COM
67. Rack Server ID # GZLDFW03
68. Rack Server ID # FLG00065171137
69. Rack Server Labeled GZLKORD06
70. Rack Server Labeled GZLKORD07
71. Rack Server Labeled GZLDFW02
72. Rack Server Labeled GZLDFW04
73. Rack Server Labeled GZLDFW06
74. Rack Server Labeled GZLDFW05

(8) All equipment, software, or other technology seized on April 2, 2009 from Cage 3 on the 24th floor of 2323 Bryan Street, Dallas, Texas [sought from Matthew Norman Simpson] consisting of:

1. Keytronic Keyboard Serial # C07100600
2. Tyris Monitor Serial # Cedar 750D003017
3. Two (2) flash cards
4. CAT3 panel
5. DS3 panel Serial # 6023
6. DS3 panel Serial #7030
7. Fiber Panel Serial # CAT5R430
8. DS3 panel Serial # 6859
9. Fiber panel with no serial number
10. Cisco telephone Serial # FCH10058E04
11. Two (2) fiber panels (beige in color; no serial #)
12. Cisco 15454 Optical Network System
13. APX 8000 Serial # 11345733
14. APX 8000 Serial # 1299720014
15. Hendry Power Bay Serial # MDT0313437A
16. Sonus Networks Server Serial number 0010006099
17. Power Strip Model RS-1215
18. CAT-3 Data Strip (no serial #)
19. Adtran data strip model # 1200291L1
20. CAC Wide Bank 28/DS3 Multiplexer Serial # 018002400380
21. Leviton Fiber panel (no serial #)
22. Sun Microsystems Netra 240 Serial # FA62850061
23. Sun Microsystems Netra 240 Serial #FA54920038
24. Sun Microsystems Netra 240 Serial #FA62140018
25. Sun Microsystems Netra 240 Serial #FA41350011
26. Sonus Network Router Serial # SSCMF10W5E
27. Catalyst 6500 Serial # CNM3WZ0BRB
28. Sentry 48 VDC Power Manager Serial # 215460
29. Sun Microsystems Netra 240 Serial #FA51820118
30. Sun Microsystems Netra 240 Serial #FA55170048
31. Cisco 2600 router Serial # JMX0546K2W1Z
32. Cisco 2600 router Serial # JMX0817L383
33. CISCO ONS 15454 Optical Network System Serial # FAA04399DEQ
34. Sonus Networks GSX 9000HD Serial # 0010006621
35. Box of cables
36. Power Strip Tripp Light Serial # 9416AS1
37. Noran Tel Serial # S-55395
38. Power strip

QUESTION NO. 1:

Do you unanimously find by a preponderance of the evidence that the government has met its burden of proof to show that the items of property listed below constitute or were derived from proceeds traceable to the violation charged in Count One of the indictment?

> Instruction: If the government has met its burden of proof, answer "Yes"; otherwise, answer "No." Answer as to each item of property listed below. Consider each item separately.

ANSWER:

(1) $25,681.30 in funds contained in Account XXXX8340 in the name of Core IP Networks at Citizens National Bank of Texas, Waxahachie, Texas, seized on or about April 2, 2009.

Yes __X__   Yes, in the sum of _____ (answer in dollars and cents)   No _____

(2) $283,431.74 in funds contained in Account XXXX1898 in the name of Simpson Burwell, Ltd. at Citizens National Bank of Texas, Waxahachie, Texas, seized on or about April 2, 2009.

Yes __X__   Yes, in the sum of _____ (answer in dollars and cents)   No _____

(3) $2,652.96 in funds contained in Account XXXXXX2104 in the name of Spider Development Corporation at JPMorgan Chase Bank, Dallas, Texas, seized on or about March 11, 2009.

Yes _____   Yes, in the sum of $250.00 (answer in dollars and cents)   No _____

(4) Three The Perth Mint Precious Metals Certificates (Nos. 022726, 022727, and 022728) and the funds, monies, or things of value they represent, acquired by Matthew Simpson c/o Simpson Burwell Ltd. from Asset Strategies International, Inc., 1700 Rockville Pike, Suite 400, Rockville, Maryland.

Yes __X__   Yes, in the sum of _____ (answer in dollars and cents)   No _____

(5) Proceeds from the sale of real property at 8641 Glenturret Drive, Ovilla, Ellis County, Texas.

Yes __X__   Yes, in the sum of _____ (answer in dollars and cents)   No _____

QUESTION NO. 2:

Do you unanimously find by a preponderance of the evidence that the government has met its burden of proof to show that the items of property listed below are equipment, software, or other technology used or intended to be used to commit or to facilitate the commission of the violation charged in Count Two of the indictment?

> <u>Instruction</u>: If the government has met its burden of proof, answer "Yes"; otherwise, answer "No." Answer as to each item of property listed below. Consider each item separately.

ANSWER:

(6) All equipment, software, or other technology seized on April 2, 2009 from 8641 Glenturret Drive, Ovilla, Ellis County, Texas consisting of:

| Yes | No | # | Item |
|---|---|---|---|
| ✓ |   | 1 | Seven (7) CDs |
| ✓ |   | 2 | Two (2) CDs |
| ✓ |   | 3 | Cisco 48 Port Switch Serial # CN1INK0AAA |
| ✓ |   | 4 | Three (3) CDs |
| ✓ |   | 5 | Verizon Pocket PC Serial # HT548E605294 |
| ✓ |   | 6 | Blade Fan Unit Serial # CNMYADYGAA |
| ✓ |   | 7 | Catalyst 6500 Dist Fwd Card Serial # SAL1112K3QY |
| ✓ |   | 8 | Catalyst 6500 Dist Fwd Card Serial # SAL1004BLLX |
| ✓ |   | 9 | One (1) CD-ROM |
| ✓ |   | 10 | Disks in a briefcase |
| ✓ |   | 11 | Computer (Generic - No Serial #) |
| ✓ |   | 12 | Maxtor 160GB Hard Drive Serial # Y44FABZE |
| ✓ |   | 13 | Maxtor 160GB Hard Drive Serial # Y44BE4TE |
| ✓ |   | 14 | Black Generic Computer (Generic - No Serial #) |
| ✓ |   | 15 | Cisco 7206 Router Serial # 72654066 |
| ✓ |   | 16 | Computer Blade with label "ns1" |
| ✓ |   | 17 | Patch Panel Serial # 186 |
| ✓ |   | 18 | ADC EZT3/ES DS3 Multiplexer Serial # M3M1C00ARB |
| ✓ |   | 19 | CAC Wide Bank 28/NEBS Serial # 018000200231 |
| ✓ |   | 20 | 64 Port Netblock Serial # 126 |
| ✓ |   | 21 | Maxtor 80GB Hard Drive Serial # L24N9VGG |
| ✓ |   | 22 | Western Digital 200GB Hard Drive Serial # WMAL81419686 |

| Yes / No | # | Item |
|---|---|---|
| Yes ✓ No ___ | 23 | Maxtor 80GB Hard Drive Serial # L24N9W2G |
| Yes ✓ No ___ | 24 | USB Stick (Keychain) |
| Yes ✓ No ___ | 25 | Cicso Catalyst 6500 Cabinet |
| Yes ✓ No ___ | 26 | CAC Wide Bank 28/NEBS Router Serial # 018000200196 |
| Yes ✓ No ___ | 27 | Western Digital 200GB Hard Drive Serial # WCAL81289689 |
| Yes ✓ No ___ | 28 | Western Digital 80 GB Hard Drive Serial # WCAHL4821776 |
| Yes ✓ No ___ | 29 | Twelve (12) CDs and One (1) Floppy Disk |
| Yes ✓ No ___ | 30 | Cisco 2500 Series Router Serial # 250613019 |
| Yes ✓ No ___ | 31 | Ten (10) DS3/STS1 Boards |
| Yes ✓ No ___ | 32 | Cyber Power UPS Serial # CPL8P2000401 |
| Yes ✓ No ___ | 33 | APC UPS Surge Protector Serial # 3B0740X35847 |
| Yes ✓ No ___ | 34 | Power Supply Serial # QCS00352V7 |
| Yes ✓ No ___ | 35 | ABIT Motherboard Serial # 57ZM176095 |
| Yes ✓ No ___ | 36 | Brother Fax Machine Serial # L77626793 |
| Yes ✓ No ___ | 37 | Cicso IP Phone Serial # FCH10168L63 |
| Yes ✓ No ___ | 38 | Rhino T-1 Terminator Serial # 409260-005-F |
| Yes ✓ No ___ | 39 | HP 24 Port Switch Serial # SG83730241 |
| Yes ✓ No ___ | 40 | Cisco Desk Phone and Cords Serial # 38824110 |
| Yes ✓ No ___ | 41 | One (1) Floppy; Twenty-Eight (28) Loose CDs/DVDs; Twelve (12) DVDs in Jackets |
| Yes ✓ No ___ | 42 | ASUS Power/Connection Cords |
| Yes ✓ No ___ | 43 | Circuit Board Serial # 11048442 |
| Yes ✓ No ___ | 44 | Three (3) Newmar UPS Serial # 0420M403, 0420M345, 0420M300 |
| Yes ✓ No ___ | 45 | Mystique Computer Serial # RC632SKKN11073400736 |
| Yes ✓ No ___ | 46 | Maxtor Hard Drive Serial # Y3P78MPE with yellow note |
| Yes ✓ No ___ | 47 | Maxtor 160GB Hard Drive Serial # Y45NLLDE |
| Yes ✓ No ___ | 48 | Maxtor 120GB Hard Drive Serial # Y3P6E38E |
| Yes ✓ No ___ | 49 | Three (3) Smart 8MB Flash Cards |
| Yes ✓ No ___ | 50 | Ascend Card/Board Serial # 927602577 |
| Yes ✓ No ___ | 51 | CSM/3 Daughter Card Serial # 934605886 |
| Yes ✓ No ___ | 52 | Two (2) Attachment Cords (1 Blue, 1 Yellow/Black) |
| Yes ✓ No ___ | 53 | Ethernet Input/Output Controller |
| Yes ✓ No ___ | 54 | DS3 Terminator Card Serial # 14080242 |
| Yes ✓ No ___ | 55 | Four (4) Memory Sticks (2 Patriot, 1 Samsung, 1 Black) |
| Yes ✓ No ___ | 56 | Toshiba Disk Drive Serial # 85134682S 6B3ECA610A0BZ002A |
| Yes ✓ No ___ | 57 | XILINX T-1 Card |

| | | | |
|---|---|---|---|
| Yes ✓ | No ___ | 58 | Cisco Systems Media Link Serial # 16764905 |
| Yes ✓ | No ___ | 59 | Fiber Optic Network Products Box with Card |
| Yes ✓ | No ___ | 60 | Artesyn Power Supply Serial # ART0734901N |
| Yes ✓ | No ___ | 61 | Artesyn Power Supply Serial # 0013023460 |
| Yes ✓ | No ___ | 62 | Artesyn Power Supply Serial # ART0739906Y |
| Yes ✓ | No ___ | 63 | Cicsco Milan Plus AC/DC Unit Serial # ART05400011 |
| Yes ✓ | No ___ | 64 | Cisco Milan Plus AC/DC Unit Serial # ART05430107 |
| Yes ✓ | No ___ | 65 | Artesyn Power Supply Serial # 9926008984 |
| Yes ✓ | No ___ | 66 | Sony Power Supply Serial # SON05330103 |
| Yes ✓ | No ___ | 67 | Sony Power Supply Serial # SON05330152 |
| Yes ✓ | No ___ | 68 | Linksys 8 Port Gigabit Switch Serial # RMQ00F800084 |
| Yes ✓ | No ___ | 69 | Three (3) Newmar Power Supply Serial # 0420M453, 0420M421, 0420M375 |
| Yes ✓ | No ___ | 70 | Redback Smartedge 800 Serial # 9D034090100248 |
| Yes ✓ | No ___ | 71 | Tasman T3 Terminator Serial # MAC 00505223B000 |
| Yes ✓ | No ___ | 72 | Compaq Blade Labeled "Spare" with 2 Seagate Hard Drives (9VS122EK, 9VS11ZYP) |

(7) All equipment, software, or other technology seized on April 2, 2009 from Cage 3 on the 7th floor of 2323 Bryan Street, Dallas, Texas consisting of:

| | | | |
|---|---|---|---|
| Yes ✓ | No ___ | 1 | Two (2) 20 amp outlets MS-SL12RD |
| Yes ✓ | No ___ | 2 | Motherboard Lattice Serial # M5LV-128/120 |
| Yes ✓ | No ___ | 3 | HP Montior Serial# CNC636Q7X3 |
| Yes ✓ | No ___ | 4 | Box of Cables |
| Yes ✓ | No ___ | 5 | Rack Server ID # GZLKORD12 |
| Yes ✓ | No ___ | 6 | Rack Server ID # GZLKORD08 |
| Yes ✓ | No ___ | 7 | Rack Server ID # GZLDFW01 |
| Yes ✓ | No ___ | 8 | Rack Server ID # GZLDFW08 |
| Yes ✓ | No ___ | 9 | Rack Server ID # HHR-CS,INC01 |
| Yes ✓ | No ___ | 10 | Rack Server ID # bob.inverseops.com (204.13.233.231) |
| Yes ✓ | No ___ | 11 | Rack Server ID # donkey.inverseops.com (204.13.233.73) |
| Yes ✓ | No ___ | 12 | Dell Poweredge 2500 Server Serial # 1055811 |
| Yes ✓ | No ___ | 13 | Net Rake Server Serial #NR1F03AAA1007 |
| Yes ✓ | No ___ | 14 | Rack Server ID # GZLKORD14 |
| Yes ✓ | No ___ | 15 | Rack Server ID # GZLKORD16 |
| Yes ✓ | No ___ | 16 | Dell Poweredge 1950 Rack Server ID # beyond Wireless (204.13.233.242) |
| Yes ✓ | No ___ | 17 | Rack Server ID # GZLKORD09 |
| Yes ✓ | No ___ | 18 | Rack Server ID # aeris.inverseops.com (204.13.233.235) |

| Yes/No | # | Description |
|---|---|---|
| Yes ✓ No ___ | 19 | Rack Server ID # coreipapp04.btwtech.com |
| Yes ✓ No ___ | 20 | Rack Server (No Serial, No ID) |
| Yes ✓ No ___ | 21 | 3Com Switch Serial # 2KSL011652 |
| Yes ✓ No ___ | 22 | Noran Tel Telephone Switch Serial # S-55395 |
| Yes ✓ No ___ | 23 | Power Strip |
| Yes ✓ No ___ | 24 | Rack Server ID # GZLKORD02(204.13.234.24) |
| Yes ✓ No ___ | 25 | Rack Server ID # GZLKORD05 (204.13.233.228) |
| Yes ✓ No ___ | 26 | Rack Server ID # NS2 |
| Yes ✓ No ___ | 27 | SuperMicro Rack Server |
| Yes ✓ No ___ | 28 | Rack Server ID #NS1 |
| Yes ✓ No ___ | 29 | Linksys SR2024 Gigabit Switch Serial # REM20G101060 GGR1806 |
| Yes ✓ No ___ | 30 | Rack Server ID # proxy1did |
| Yes ✓ No ___ | 31 | Catalyst 6500 Serial # CNM3WZ0BR8 |
| Yes ✓ No ___ | 32 | Dell PowerEdge SC1425 Serial #98PVL81 |
| Yes ✓ No ___ | 33 | Rack Server ID # proxy1 |
| Yes ✓ No ___ | 34 | Rack Server ID #cpser |
| Yes ✓ No ___ | 35 | Rack Server ID # apache 2*0 |
| Yes ✓ No ___ | 36 | Rack Server ID # grocery plaza2 cust |
| Yes ✓ No ___ | 37 | Rack Server ID # gnaa lease cust |
| Yes ✓ No ___ | 38 | Rack Server ID # GZLDFW07 |
| Yes ✓ No ___ | 39 | Rack Server ID # gnaa3 cust |
| Yes ✓ No ___ | 40 | Rack Server ID # gnaa2 lease cust |
| Yes ✓ No ___ | 41 | Rack Server ID # grocery plaza cust |
| Yes ✓ No ___ | 42 | Cisco Pix 515E labeled PIX A |
| Yes ✓ No ___ | 43 | Cisco 24 Port Switch Serial # FOC0938U23L |
| Yes ✓ No ___ | 44 | Cisco Pix 515E Firewall Serial # CNM7Y3PBRA |
| Yes ✓ No ___ | 45 | Cisco 24 Port Switch Serial # F0C0928U09P |
| Yes ✓ No ___ | 46 | Dell Monitor Serial # 05320U |
| Yes ✓ No ___ | 47 | MultiTech Modem Serial # 12168913 |
| Yes ✓ No ___ | 48 | SuperStack Switch 3900 Serial # 2JWE008262 |
| Yes ✓ No ___ | 49 | Dell PowerEdge 1850 Server Serial # 2L61G81 |
| Yes ✓ No ___ | 50 | Blade Server ID # COLO101 |
| Yes ✓ No ___ | 51 | Dell PowerEdge 1950 Server ID # 204.13.233.241 |
| Yes ✓ No ___ | 52 | EMC2 Server Serial # FLG00041208601 |
| Yes ✓ No ___ | 53 | Dell PowerEdge 1950 Server ID # 204.13.233.249 |
| Yes ✓ No ___ | 54 | Rack Server ID # GZLKORD11 |
| Yes ✓ No ___ | 55 | Rack Server ID # GZLKORD01 |
| Yes ✓ No ___ | 56 | Rack Server ID # 204.13.233.75 |
| Yes ✓ No ___ | 57 | Rack Server ID # 67.137.224.123 |
| Yes ✓ No ___ | 58 | Rack Server ID # 67.137.224.122 |
| Yes ✓ No ___ | 59 | Rack Server ID # 67.137.224.121 |
| Yes ✓ No ___ | 60 | Rack Server Serial # 7SZP251 |

| Yes | No | # | Item |
|---|---|---|---|
| ✓ | | 61 | Rack Server Serial # 5Z7HK41 |
| ✓ | | 62 | Rack Server Serial # 86BDM41 |
| ✓ | | 63 | Rack Server Serial # 5L6181, ID # ASI.ZATTCO.COM |
| ✓ | | 64 | Rack Server Serial # C813M0602C50246 |
| ✓ | | 65 | Rack Server ID # 204.13.233.243 |
| ✓ | | 66 | Rack Server ID # CLOUD.INVERSEOPS.COM |
| ✓ | | 67 | Rack Server ID # GZLDFW03 |
| ✓ | | 68 | Rack Server ID # FLG00065171137 |
| ✓ | | 69 | Rack Server Labeled GZLKORD06 |
| ✓ | | 70 | Rack Server Labeled GZLKORD07 |
| ✓ | | 71 | Rack Server Labeled GZLDFW02 |
| ✓ | | 72 | Rack Server Labeled GZLDFW04 |
| ✓ | | 73 | Rack Server Labeled GZLDFW06 |
| ✓ | | 74 | Rack Server Labeled GZLDFW05 |

(8)   All equipment, software, or other technology seized on April 2, 2009 from Cage 3 on the 24th floor of 2323 Bryan Street, Dallas, Texas consisting of:

| Yes | No | # | Item |
|---|---|---|---|
| ✓ | | 1 | Keytronic Keyboard Serial # C07100600 |
| ✓ | | 2 | Tyris Monitor Serial # Cedar 750D003017 |
| ✓ | | 3 | Two (2) flash cards |
| ✓ | | 4 | CAT3 panel |
| ✓ | | 5 | DS3 panel Serial # 6023 |
| ✓ | | 6 | DS3 panel Serial #7030 |
| ✓ | | 7 | Fiber Panel Serial # CAT5R430 |
| ✓ | | 8 | DS3 panel Serial # 6859 |
| ✓ | | 9 | Fiber panel with no serial number |
| ✓ | | 10 | Cisco telephone Serial # FCH10058E04 |
| ✓ | | 11 | Two (2) fiber panels (beige in color; no serial #) |
| ✓ | | 12 | Cisco 15454 Optical Network System |
| ✓ | | 13 | APX 8000 Serial # 11345733 |
| ✓ | | 14 | APX 8000 Serial # 1299720014 |
| ✓ | | 15 | Hendry Power Bay Serial # MDT0313437A |
| ✓ | | 16 | Sonus Networks Server Serial number 0010006099 |
| ✓ | | 17 | Power Strip Model RS-1215 |
| ✓ | | 18 | CAT-3 Data Strip (no serial #) |
| ✓ | | 19 | Adtran data strip model # 1200291L1 |
| ✓ | | 20 | CAC Wide Bank 28/DS3 Multiplexer Serial # 018002400380 |
| ✓ | | 21 | Leviton Fiber panel (no serial #) |
| ✓ | | 22 | Sun Microsystems Netra 240 Serial # FA62850061 |
| ✓ | | 23 | Sun Microsystems Netra 240 Serial #FA54920038 |
| ✓ | | 24 | Sun Microsystems Netra 240 Serial #FA62140018 |

| | | | | |
|---|---|---|---|---|
| Yes ✓ | No ___ | 25 | Sun Microsystems Netra 240 Serial #FA41350011 |
| Yes ✓ | No ___ | 26 | Sonus Network Router Serial # SSCMF10W5E |
| Yes ✓ | No ___ | 27 | Catalyst 6500 Serial # CNM3WZ0BRB |
| Yes ✓ | No ___ | 28 | Sentry 48 VDC Power Manager Serial # 215460 |
| Yes ✓ | No ___ | 29 | Sun Microsystems Netra 240 Serial #FA51820118 |
| Yes ✓ | No ___ | 30 | Sun Microsystems Netra 240 Serial #FA55170048 |
| Yes ✓ | No ___ | 31 | Cisco 2600 router Serial # JMX0546K2W1Z |
| Yes ✓ | No ___ | 32 | Cisco 2600 router Serial # JMX0817L383 |
| Yes ✓ | No ___ | 33 | CISCO ONS 15454 Optical Network System Serial # FAA04399DE0 |
| Yes ✓ | No ___ | 34 | Sonus Networks GSX 9000HD Serial # 0010006621 |
| Yes ✓ | No ___ | 35 | Box of cables |
| Yes ✓ | No ___ | 36 | Power Strip Tripp Light Serial # 9416AS1 |
| Yes ✓ | No ___ | 37 | Noran Tel Serial # S-55395 |
| Yes ✓ | No ___ | 38 | Power strip |

Date: 12/21/2011

*Patricia Stark*
Presiding Juror