# U.S Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See "Instructions for "Service of Process by the U.S Marshal"

US MARSHALS SERVICE N/TX
DALLAS, TEXAS
2016 SEP -9 P 3:33

2019 NOV -8 PM 2:44

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 3:09-CR-249-D |
| DEFENDANT | TYPE OF PROCESS |
| MATTHEW NORMAN SIMPSON | Final Order of Forfeiture |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Three Perth Mint Precious Metals Certificates

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Walt Junker
Assistant United States Attorney
1100 Commerce Street, Suite 300
Dallas, TX 75242

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER
(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):

Pursuant to the Final Order of Forfeiture filed August 10, 2016 dispose the above property according to law.
Asset ID: 09-FBI-007046

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| /s/ Walt Junker     by T Naumann | ☐ DEFENDANT | (214) 659-8698 | 8/11/16 |

SPACE BELOW FOR USE OF U.S MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No 77 | No 77 | | 9/9/16 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 11/13/18    Time ☐ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owned to U.S. Marshal* or (Amount of Refund) |
|---|---|---|---|---|---|
| $8.00 | 0 | 0 | $8.00 | 0 | 0 |

**REMARKS:** The above listed propety was disposed on November 7, 2018. The proceeds were deposited into the Asset Forfeiture Fund