Clerk of the Court:

— Enclosed one page filing for docket 3:09-CR-249-D

REC...

APR – 5 2021

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Case: 3:09-cr-249-D

Exhibit: F-7

Matthew Simpson
39454-177 MA
Federal Correctional Institution
PO Box 4200
Three Rivers, TX 78071

United States District Court
Office of the Clerk
Northern District of Texas
1100 Commerce St
Room 1452
Dallas, TX 75242

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
31 MAR 2021  PM 3  L