IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW NORMAN SIMPSON | NO. 3:09-CR-249-D |

## GOVERNMENT'S NOTICE
## OF RESTORATION OF FORFEITURE PROCEEDS TO RESTITUTION

The United States of America gives notice that the Attorney General for the United States of America has granted the request for restoration of $2,581,360.20 in net liquidated proceeds obtained from the property administratively and/or judicially forfeited from the defendant in and related to this case. The United States Marshals Service has transferred those funds to the Clerk of Court to be applied toward the defendant's outstanding restitution balance and disbursed to the victims of the defendant's crime.

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

*/s/ John J. de la Garza III*
JOHN J. DE LA GARZA III
Assistant United States Attorney
Texas Bar No. 00796455
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Email: john.delagarza@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that, in accordance with Fed. R. Crim. P. 49, LCrR 49.2, and the Miscellaneous Order on Electronic Case Filing (ECF), this document was served on August 20, 2022 pursuant to the district court's ECF system as to ECF filers.

*/s/ John J. de la Garza III*
JOHN J. DE LA GARZA III
Assistant United States Attorney
